**\*E-FILED:  April 9, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UBIQUITI NETWORKS, INC. and UBIQUITI NETWORKS INTERNATIONAL LIMITED,<br><br>    Plaintiffs,<br>  v.<br><br>XCONCEPTS CORPORATION, X-CONCEPTS SOLUTIONS ELECTRONICS TRADING (L.LC.) BR, and ASIM SAJWANI,<br><br>    Defendants.<br>_____/ | No. C11-05968 HRL<br><br>**ORDER (1) DIRECTING PLAINTIFFS TO FILE STATUS REPORT; AND (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Default having been entered against defendants, the initial case management conference set for April 10, 2012 is continued to **May 15, 2012, 1:30 p.m.**  No later than **May 8, 2012**, plaintiffs shall file a report advising as to the status of the action and any other matters that may facilitate a just and efficient disposition of this case.

SO ORDERED.

Dated: April 9, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05968-HRL Notice has been electronically mailed to:

David R. Burtt    dburtt@obllaw.com, amailhot@obllaw.com, eclarke@obllaw.com, mskowron@obllaw.com